UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:11-CR-13-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS SWEETING, et al., )<br>)<br>Defendant ) | **ORDER GRANTING ADMISSION**<br>*PRO HAC VICE* |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 39) concerning Edwin A. Green, III, filed May 3, 2012. Mr. Green seeks to appear as counsel *pro hac vice* for Defendant Thomas Sweeting.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Green is admitted to appear before this court *pro hac vice* on behalf of Defendant Thomas Sweeting.

**SO ORDERED**.

Signed: May 4, 2012

David C. Keesler
United States Magistrate Judge